| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | 2022 APR -5  AM 11: 13 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                    PLAINTIFF | 2:22-mj-01265 |
| DAVID JOSEPH BUNEVACZ | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____          DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on April 5, 2022 at 9:15 ☒ AM ☐ PM
   or
   The defendant was arrested in the CENTRAL District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   Title 18, United States Code, Section 1343

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1968

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Joshua Ritter                Phone Number: 213-688-0460

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Geoffrey Elliott                   (please print)

12. Office Phone Number: 562-522-1275        13. Agency: LASD- FBI TFO

14. Signature: _[signature]_                 15. Date: 04-05-2022

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION