UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. David Joseph Bunevacz *Reg No. 94631-509* Defendant. | Western Division<br>Case Number: 2:22-MJ-01265<br>Initial App. Date: 04/05/2022<br>Initial App. Time: 1:00 PM<br><br>Complaint & Warrant<br>Custody<br><br>Date Filed: 03/30/2022<br>Violation: 18:1343<br>CourtSmart/ Reporter: CS 04052022 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: John E. McDermott | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Lorenzo, ShaRon — *Deputy Clerk* ; Alexander Schwab — *Assistant U.S. Attorney* ; None — *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Joshua Ritter, Retained ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
☒ Contested detention hearing is held. ☒ Defendant is ordered: ☐ Permanently Detained ☒ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☒ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
s/☒ Preliminary Hearing set for _____ at 4:30 PM _____
☒ PIA set for: 5/9/2022 at 11:30 AM in LA; ~~at 10:00 AM in Riverside; at 10:00 AM in Santa Ana~~
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) TBD (Time) TBD AM / PM
  Type of Hearing: Detention Before Judge McDermott /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☒ Judge's Courtroom 640
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

☒ PSA  ☐ USPO  ☐ FINANCIAL   ☒ CR-10 ☒ CR-29   ☐ READY
Det.       Retd.                              Deputy Clerk Initials slo
                                                                  : 13